**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
AMIRAH BLACKMAN,

                      Plaintiff,

        -against-                                    25 **CIVIL** 915 (KMW)

                                                **JUDGMENT**

US MARSHAL; FBI YONKERS POLICE;
YONKERS FAMILY COURT; WHITE PLAINS
FAMILY COURT; US ATTORNEY GENERAL
WHITE PLAINS; US ATTORNEY 28 LIBERTY
ST NEW YORK,

                      Defendants.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated August 19, 2025, Plaintiff's complaint, filed IFP under 28

U.S.C. § 1915(a)(1), is dismissed under the doctrine of sovereign immunity and the Eleventh

Amendment. *See* 28 U.S.C. § 1915(e)(2)(B)(iii). The Court certifies under 28 U.S.C. §

1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore IFP

status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-

45 (1962); accordingly, the case is closed.

**Dated:** New York, New York

      January 28, 2026

                                              **TAMMI M. HELLWIG**

                                   _____
                                        **Clerk of Court**

                            **BY:**        K. mango

                                          _____
                                        **Deputy Clerk**